THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dexter Lamont
 Crawford, Appellant.
 
 
 

Appeal From Florence County
 Michael G. Nettles, Circuit Court Judge
Unpublished Opinion No. 2008-UP-228
Submitted April 1, 2008  Filed April 11,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Dexter Lamont Crawford appeals his
 conviction and sentence for two counts of voluntary manslaughter.  On appeal, Crawford
 argues the circuit court rendered his guilty plea conditional and therefore invalid
 by advising him it was appealable.  Crawford did not file a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Crawfords appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.
HEARN, C.J., PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.